In The United States District Court
for The District Of Maryland

Johnson - B· Ogunlana

V.

United States Of America

Criminal no: CCB-20-285

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

NOV 2 8 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## AFFIDAVIT

The petitioner [Johnson Ogunlana] hereby affirms and declares Under penalty Of perjury pursant to [28 USC section 1746] that the following facts are true and correct to the best of my personal Knowledge, Understanding and belief.

petitioner never gave his lawyer the consent for the two extension of time for speedy trial on nov 3, 2020 and on Feb 5, 2021. he never asked petitioner about speedy trial right or even spoke about it or even bring to petitioner knowledge about such constitutional right. petitioner never knew anything about the law or his constitutional right not until he turn his self in on 04/04/2022 read about the Law for a month realized his constitutional right is being violated and taken advantage on by the government. "Fact" petitioner never Opened any fraudulent bank account and lines of credit for his personal benefit

(1)

Petitioner is being held and detained illegally in violation of the United States Constitution: petitioner request for an Immediate release. The Indictment Used to detain the petitioner were never legally drawn and presented to a proper court which make petitioner conviction and sentence Invalid and void. It took government 9months to Indict petitioner, petitioner Fundamental rights were violated, petitioner was arrest on **Dec 4,2019** and was Indicted on **Sep 1, 2020**

Therefore, Since the Indictment was illegal, all the proceedings afterwards are also null and void. petitioner's Sentence and Incarceration is also illegal.

Dated 20th day OF November, 2022

Johnson Ogunlana
P. O BOX 2000
White deer PA
17887