# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. CCB-20-285** |
| **SAMSON A. OGUNTUYI,** | |
| **Defendant** | |

## <u>ORDER</u>

Having read and considered the government's motion to set briefing schedule, and for good cause shown, the Court rules as follows:

1. Pursuant to Maryland Rule Professional Responsibility 19-301.6(b)(6), within 45 days of this Order, the defendant's former trial counsel (Richard Bardos) shall: (a) produce to the counsel for the defendant and counsel for the government all documents of any kind (including letters, emails, voicemails, notes to file, et cetera) that relate in any way to the filing of a notice of appeal in the above-referenced action; and (b) produce a declaration which details the communications made to him, and the steps he took or did not take, with regard to the filing of a notice of appeal in this matter.

2. Within 30 days of the receipt of the discovery and declaration as detailed above, counsel for the defendant shall file a brief, supported by any and all appropriate supporting evidence, addressing the factual and legal basis for any excusable neglect in the failure to file a timely notice of appeal.

3. Within 30 days of the filing of the above-referenced brief, the government shall file a response brief addressing the factual and legal basis for any excusable neglect in the failure to file a timely notice of appeal.

4.      Within 30 days of the filing of the government's response brief, the defendant may, but is not required to, file a reply brief.

5.      If either party thereafter believes an evidentiary hearing is necessary, either party may so move for such a hearing.


It is so ordered this __13th__ day of _____September_____, 2023.


_____/s/_____
The Honorable Catherine C. Blake
United States District Judge